UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL QUIROZ,<br><br>               Plaintiff,<br>v.<br><br>JEFFREY DICKERSON, ET AL.,<br><br>               Defendants. | Case No.: C 10-02421 PVT<br><br>**ORDER GRANTING PLAINTIFF QUIROZ'S REQUEST TO FILE DOCUMENTS ELECTRONICALLY**<br><br>**[Docket No. 14]** |

       On July 23, 2010, plaintiff Manuel Quiroz proceeding *pro se* requested that he be able to file documents electronically. Having considered the request,

       IT IS HEREBY ORDERED that plaintiff Quiroz may obtain an ECF/PACER account so that he may file documents electronically.

       Plaintiff Quiroz may register for ECF at the following website: http://ecf.cand.uscourts.gov/cand/newreg/index.html. Plaintiff Quiroz may also register on PACER to view documents and the docket sheet at the following website: www.pacer.gov. Plaintiff Quiroz must comply with Federal Rules of Civil Procedure and all general orders and local rules pertaining to electronic filing including General Order 45, which requires in part that the parties must provide the judge's chambers with a paper copy of each document that is filed

electronically, marked "Chambers Copy." By registering, plaintiff Quiroz accepts responsibility for all technical requirements and computer-related tasks associated with participation in the ECF program.

After registering on ECF and PACER, plaintiff Quiroz must file a notice of ECF registration that he has made available on electronic mail service of papers electronically filed on the docket. Upon filing of such notice, the court will designate this action for the ECF program.

Dated: 7/26/10

PATRICIA V. TRUMBULL
United States Magistrate Judge