1  JEFFREY A. DICKERSON
   NEVADA Bar No. 2690
2  9585 Prototype Ct., Suite A
   Reno, NV 89521
3  (775) 786-6664
   (775) 786-7466-Facsimile
4
   Pro Se
5
                    IN THE UNITED STATES DISTRICT COURT
6
             FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)
7
                                  * * *
8  MANUEL QUIROZ, JR.,              CASE No. CV10-02421-PVT

9        Plaintiff,                 STIPULATION AND ORDER ENLARGING
                                    THE TIME IN WHICH DEFENDANT HAS TO
10 vs.                              FILE HIS REPLY IN SUPPORT OF HIS MOTION
                                    TO DISMISS OR TO TRANSFER
11 JEFFREY A. DICKERSON             (FIRST REQUEST)
12 and DOES 1 to 20, inclusive,

13       Defendants.
14 _____/

15       The parties, undersigned hereby stipulate and agree that Defendant may and should

16 have from August 10, 2010 to and including Friday, August 13, 2010 in which to file his Reply

17 in Support of his Motion to Dismiss or to Transfer. Good cause exists in that Mr. Dickerson

18 was out of town arranging living quarters for his son's attendance at college from August 6,

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 JAD/sh/quiroz/stip-enlrgtime-reply                1

2010 to and including August 11, 2010.

APPROVED AS TO FORM AND CONTENT

DATED August 12, 2010					DATED 8/13/10

LAW OFFICE OF
JEFFREY A. DICKERSON

/S/ Jeffrey A. Dickerson
JEFFREY A. DICKERSON					MANUEL QUIROZ, JR.

ORDER

IT IS SO ORDERED this 23 day of August, 2010

UNITED STATES MAGISTRATE JUDGE